## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR132 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUBEN MENDOZA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Ruben Mendoza (Mendoza) (Filing No.16). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Mendoza's motion for an extension of time (Filing No. 16) is granted. Mendoza is given until **on or before June 20, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 7, 2016, and June 20, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge